**Rafael VASQUEZ, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7001.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2014.

Rafael Vasquez, Rosharon, TX, pro se.

Emma Bond, Esq., Department of Justice, Washington, DC, for Respondent–Appellee.

## ON MOTION

### ORDER

Upon review of Rafael Vasquez's motion to voluntarily withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All pending motions are moot.

(3) Each side shall bear its own costs.